Actions by Solomon Feist against Weingarten Bros., by Anderson Price against the Western Distillery Company, and by Isidor W. Cohen against William Koster, Jr. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 111 N. Y. Supp. 848; 60 Misc. Rep. 65, 111 N. Y. Supp. 673.

In re FENN. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) In the matter of the application of Alice E. Fenn, an infant, individually and by Catherine D. Fenn, her guardian ad litem, to lay out a highway in the town of Putnam, and the assessment of damages therefor. No opinion. Motion denied. See, also, 128 App. Div. 10, 112 N. Y. Supp. 431.

FERBER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by John Ferber, an infant, etc., against the American Ice Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FINUCANE, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Amelia A. Finucane against Charles G. Warner. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 60 Misc. Rep. 336, 112 N. Y. Supp. 137.

FIRESTONE TIRE CO. v. AGNEW. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Firestone Tire Company against George B. Agnew. No opinion. Motion granted, and question certified. Order filed.

In re FLYNN. (Supreme Court, Appellate Division, First Department. December 11, 1908.) In the matter of Margaret Flynn. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of Dowling, J., in the court below. 58 Misc. Rep. 628, 111 N. Y. Supp. 1023. Order filed.

FLYNN, Respondent, v. ASHFIELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by George Flynn against J. Howard Ashfield and another. No opinion. Judgment and order unanimously affirmed, with costs.

FOY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by James Foy against the city of New York and others. M. Hare, for appellant. T. Connoly and C. Blandy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to each respondent separately appearing and filing briefs. Order filed.

FREES v. BERNSTEIN. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Chauncey A. Frees against Sol. Bernstein.

PER CURIAM. Motion granted, and appeal dismissed, with $10 costs of this motion to respondent, unless the appellant within 20 days from the date of service of copy of this order, together with the notice of entry thereof, pays to the respondent $10 costs of the motion and $10 for opening default, and serves printed papers, in which event this motion is denied, without costs.

FRESNO HOME PACKING CO. v. TURLE & SKIDMORE. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Fresno Home Packing Company against Turle & Skidmore. No opinion. Application granted. Order signed.

FRIEWALD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Otto E. Friewald, as administrator, etc., against the International Railway Company.

PER CURIAM. Order affirmed, with costs. ROBSON, J., dissents.

FRING v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Charles Fring against the city of New York. No opinion. Motion denied, with $10 costs. Order filed.

GALLAGHER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Alice Gallagher against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

GARVEY et al., Appellants, v. ABBOTT, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by James J. Garvey and John Garvey, copartners, etc., against Eva T. Abbott, as executrix, etc., of George B. Abbott, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.

GERTLER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Abraham Gertler against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, with $10 costs.

GILLEN, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Ella Gillen, by guardian, etc., against the city of Oswego. No opinion. Judgment and order affirmed, with costs.

In re GILROY, Com'r of Public Works. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) In the matter

of the petition of Thomas F. Gilroy, commissioner of public works of the city of New York, under and in pursuance of chapter 490, p. 666, of the Laws of 1883, etc. No opinion. Motion denied, without costs. See, also, 60 Misc. Rep. 125, 112 N. Y. Supp. 111.

GLYNN v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by Thomas J. Glynn against the New York Contracting Company. No opinion. Motion granted, with $10 costs.

GODLEY, Appellant, v. ELMIRA & S. L. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Daniel D. Godley against the Elmira & Seneca Lake Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

GOLDEN et al., Respondents, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Gussie Golden and another against Louis Goldman. No opinion. Motion granted, with $10 costs, unless the appellant perfect his appeal within 10 days, place the cause on the calendar in time for the next term of this court, and be ready for argument when reached, in which case the motion is denied.

GORDON, Respondent, v. SHAPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Milton J. Gordon against Louis Shapiro. No opinion. Motion granted, with $10 costs.

GOULD, Appellant, v. GOULD, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Kathrine C. Gould against Howard Gould. C. J. Shearn, for appellant. D. Nicoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 375, 109 N. Y. Supp. 910.

GRAEF, Appellant, v. BROOKLYN HEIGHTS R. Co., Respondent. (Supreme Court, Appellate Division. Second Department. December 3, 1908.) Action by Bernard Graef against the Brooklyn Heights Railroad Company. No opinion. Motion denied, without costs.

GRILLO, Respondent, v. AMELIO, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Vincenzo Grillo against Rose Amelio. No opinion. Motion granted, with $10 costs, unless appellant perfect her appeal within five days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied, without costs.

GUTHEIL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by John J. Gutheil against the city of New York. No opinion. Judgment and

order unanimously affirmed, with costs. See, also, 119 App. Div. 20, 103 N. Y. Supp. 972.

HALL, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Mary L. Hall against the Metropolitan Street Railway Company. R. M. Morgan, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HALL, Respondent, v. STRONG et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Hannah M. Hall against Cyrus M. Strong, as surviving trustee under the will of Eleanor M. Strong, deceased, and Kate L. Strong and others, as executors of the last will and testament of Cyrus Strong, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 117 App. Div. 912, 102 N. Y. Supp. 161.

HAMBURGER v. STEVENS. MANLEY v. BERMAN. BROWNING v. MOSES. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Actions by Barnett Hamburger against Albert L. Stevens, by Reuben M. Manley against Morris Berman, and by Edward W. Browning against Arthur G. Moses. No opinions. Applications denied, with $10 costs. Orders signed.

HANLEY, Respondent, v. UTICA & M. V. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by Thomas Hanley against the Utica & Mohawk Valley Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, without costs.

In re HART. (Supreme Court, Appellate Division, First Department. December 11, 1908.) In the matter of Benjamin Hart. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARTMAN, Appellant, v. SCHWARTZWALDER, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Clarence Hartman against Henry Schwartzwalder. E. W. Tyler, for appellant. R. G. Beatty, for respondent. No opinion. Judgment and order affirmed, with costs.

HARTZELL v. NEW YORK EVENING JOURNAL CO. SAME v. STAR CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Actions by Mary Hartzell against the New York Evening Journal Company and against the Star Company. No opinions. Motions denied, with $10 costs. Orders filed.

HEBERT, Appellant, v. HUDSON RIVER ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Mary R. Hebert,